# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 25-5094**  **September Term, 2024**

**1:25-cv-00632-UNA**

**Filed On:** July 22, 2025

In re: Jane Doe,

    Petitioner

**BEFORE:** Katsas, Rao, and Walker, Circuit Judges

## O R D E R

Upon consideration of the motion for leave to proceed in forma pauperis, and the motion for leave to file the motion under seal; and the petition for writ of mandamus, it is

**ORDERED** that the motion for leave to file under seal be granted. It is

**FURTHER ORDERED** that the motion for leave to proceed in forma pauperis be granted. It is

**FURTHER ORDERED** that the petition for writ of mandamus be denied. The district court's denial of a motion for leave to proceed under a pseudonym is immediately appealable, see In re Sealed Case, 931 F.3d 92, 95-96 (D.C. Cir. 2019), and mandamus may not be used as a substitute for appeal, see In re Flynn, 973 F.3d 74, 78-79 (D.C. Cir. 2020). In addition, if the mandamus petition were construed as a notice of appeal and a motion for summary reversal of the district court's order, the court would deny the motion and summarily affirm. The district court did not abuse its discretion in concluding that, because appellant's case in that court is a purely legal challenge to the federal removal procedure and involves no sensitive personal details, and because appellant may move to file under seal any submissions that do contain or allude to such details, she failed to demonstrate a need for anonymity. See In re Sealed Case, 931 F.3d at 96 (district court's application of anonymity factors is reviewed for abuse of discretion.).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.

**Per Curiam**

                **FOR THE COURT:**
                Clifton B. Cislak, Clerk

        BY:    /s/
                Selena R. Gancasz
                Deputy Clerk